UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEHREL PLASTICS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CENTRAL FORKLIFT INC., et al, <br><br> Defendant(s). | Civil Action No.:   17-9958(JLL) <br><br> **ORDER DISMISSING CASE** <br> **Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 90 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendant,

**It is on this 20TH day of FEBRUARY, 2018,**

**O R D E R E D** that the above captioned action be and is hereby dismissed as to defendant, Central Forklift Inc., pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

JOSE L. LINARES, CHIEF JUDGE
UNITED STATES DISTRICT COURT